# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | | |
|---|---|---|
| **Eli Rebich,** | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | Civil Action No. |
| | § | 6:05-cv-00182-MHS |
| **Experian,** | § | Jury |
| **Defendant.** | § | |
| | § | |

## JOINT REPORT OF SETTLEMENT STATUS

The parties, by and through their below-signed attorneys, state to the Court that on October 24, 2005, they reached final agreement on the terms of their settlement of the above-captioned case.  The parties further state that on November 1, 2005 they completed negotiating the specific terms and clauses of the written settlement agreement, and it was exchanged for signature.  The parties are currently in the process of executing the agreement and exchanging the documents necessary to finally consummate their settlement.  The parties will file a stipulation of dismissal with the Court as soon as the agreement is executed and the parties have fulfilled their obligations thereunder.   The parties currently anticipate being able to file the stipulation of dismissal by the end of November, 2005.

In the unlikely event that the parties fail to consummate their settlement agreement, they will return to the Court to request new deadlines not later than Friday, December 2, 2005.

DLI-5957955v1

Dated: November 1, 2005

Respectfully submitted,

/s/ Craig L. Uhrich_____
Craig L. Uhrich
Attorney-in-Charge
Texas Bar No. 24033284
JONES DAY
2727 N. Harwood Street
Dallas, Texas  75201-1515
Telephone (214) 220-3756
Facsimile (214) 969-5100
cluhrich@jonesday.com

*Attorney for Defendant*
*Experian Information Solutions, Inc.*

/s/ Allen F. Gardner
(by Craig L. Uhrich with permission)
Allen F. Gardner
Attorney-in-Charge
Texas Bar No. 24043679
POTTER MINTON
A Professional Corporation
P.O. Box 359
Tyler, Texas 75710
Telephone (903) 597-8311
Facsimile (903) 593-0846
a48@potterminton.com

*Attorney for Plaintiff*
*Eli Rebich*


## CERTIFICATE OF SERVICE


     I hereby certify that all counsel of record who have consented to electronic service and are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this the 1st  day of November, 2005.  Any other counsel of record will be served by U.S. first class mail.


/s/ Craig L. Uhrich_____
Craig L. Uhrich